UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon Antonio SANCHEZ, a.k.a.
Dorito, Defendant–Appellant.

No. 06–12244.

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2007.

Richard F. Della Fera, Entin & Della Fera, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

Lisette M. Reid, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Phillip Dirosa, Ft. Lauderdale, FL, for Plaintiff–Appellee.

Before BLACK, HULL and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court concludes that Appellant Sanchez has not demonstrated any reversible error in the district court's denial of his motion to suppress the money found and the statements provided during the traffic stop.

The district court also did not err in calculating Appellant Sanchez's advisory guidelines range. It was not clear error for the district court to deny Appellant

Sanchez a minor-role reduction or a safety-valve reduction.

Finally, Appellant Sanchez has not shown that his sentence at the low end of the applicable advisory guidelines range was unreasonable.

Therefore, we affirm Appellant Sanchez's conviction and sentence.

**AFFIRMED.**